IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEENA S., A MINOR, BY AND THROUGH HER PARENTS, ROBERT AND TAMI S., AND ROBERT AND TAMI S., ADULTS, INDIVIDUALLY, AND ON THEIR OWN BEHALF | : : : : : : | CIVIL ACTION NO. 05-5404 |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : | |

## ORDER

AND NOW, this 27th day of July 2009, upon consideration of plaintiffs Neena S., Robert S. and Tami S.'s motion for attorneys' fees, defendant School District of Philadelphia's response and plaintiffs' reply thereto, and for the reasons stated in the foregoing memorandum, it is hereby ORDERED that plaintiffs' motion is GRANTED in the amount of $78,111.15 for attorneys' fees and $2,748.11 for costs for a total of $80,859.26.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.